## AFFIDAVIT OF SERVICE

| Case:<br>4:25-cv-04113 | Court:<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS | County:<br>n/a | Job:<br>14530293 (26713675) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>LISA DIANNE MCKENNEY | | Defendant / Respondent:<br>PRECHECK, INC.; et al. | |
| Received by:<br>InfoTrack US, Inc. | | For:<br>DHF LAW, P.C. | |
| To be served upon:<br>PreCheck, Inc. | | | |

| | |
|---|---|
| **Recipient Name:** | William Miller - Intake Specialist |
| **Recipient Address:** | Business: 1999 Bryan St Suite 900, Dallas, TX 75201 |
| **Manner of Service:** | Business Serve, Nov 6, 2025, 1:33 pm CST |
| **Documents:** | Complaint, Civil Cover Sheet, Summons, Notice of Electronic Filing |

**Diligence / Comments:**
1) Successful Attempt: Nov 6, 2025, 1:33 pm CST at Business: 1999 Bryan St Suite 900, Dallas, TX 75201 received by William Miller.
Relationship: Intake Specialist;
Delivered & Photographed
accepted by Intake Specialist, William Miller

**Statement(s):**
I, Mauricio Segovia, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

_[signature]_                                      11/07/2025

Mauricio Segovia                                   Date
Registration: PSC-1689

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815